# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Cutberto Palma-Rosales )

CASE NUMBER 18mj3381-RNB
ABSTRACT OF ORDER
Booking No. 40090265

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of 6/27/18
the Court entered the following order:

- [X] Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release.
- ____ Defendant released on $ _____ bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- [X] Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case dismissed.
- ____ Case dismissed, charges pending in case no. _____
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. _____

Robert N. Block
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Received _____ DUSM

OR
JOHN MORRILL Clerk
by _____ Deputy Clerk

Roi-Ann Brissi

x.4415

Crim-9 (Rev. 8-11)

CLERK'S COPY